**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------x
                           :

UNITED STATES OF AMERICA,       :         Criminal No. 3:14CR00049(AWT)
                           :

v.                               :

DANIEL HAMLETT, JR.          :         August 11, 2014
                           :

-------------------------------------------------------x

**RENEWED MOTION FOR RELEASE ON BOND**

The defendant, Daniel Hamlett, Jr., previously filed a motion seeking release from custody pending trial in this matter. On August 1, 2014, the Court conducted a hearing on the proposal. At that time, the Court expressed concern that under the proposal as presented to the Court, there would be no custodian available to be home with Mr. Hamlett while his mother was at work during the day.

One of the other proposed co-signers, Geneva Jackson, has now become available to serve as a co-custodian with Mr. Hamlett's mother. Ms. Jackson has arranged with her employers to adjust her schedule if Mr. Hamlett is released so that she can come to his mother's house each morning and remain there with him until his mother returns from work in the afternoon.

In light of this development, Mr. Hamlett respectfully contends that any concerns the Court may have had about danger to the community can reasonably be addressed by release subject to home confinement with two custodians, one of whom would be home with Mr. Hamlett at all times. Accordingly, Mr. Hamlett hereby renews his request for release on bond.

-1-

Respectfully submitted,

The Defendant,
Daniel Hamlett, Jr.

Office of the Federal Defender


Dated: August 11, 2014                    /s/ Sarah A. L. Merriam
                                          Sarah A. L. Merriam
                                          Assistant Federal Defender
                                          265 Church Street, Suite 702
                                          New Haven, CT   06510
                                          Bar No. ct25379
                                          Phone: 203-498-4200
                                          Fax: 203-498-4207
                                          Email: sarah_merriam@fd.org


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                          /s/   Sarah A. L. Merriam
                                          Sarah A. L. Merriam