UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :         Criminal No. 3:14CR00049(AWT)
:
v.                                 :
:
DANIEL HAMLETT, JR.                :         September 5, 2014
:
---------------------------------------------------------x

**MOTION FOR RECONSIDERATION OF ORDER OF DETENTION**

     The defendant, Daniel Hamlett, Jr., previously filed a motion seeking release from custody pending trial in this matter.  On August 1, 2014, the Court, United States Magistrate Judge Donna F. Martinez, conducted a hearing on the proposal, which included a non-surety bond signed by his mother, who would also serve as his custodian, and by his girlfriend, Geneva Jackson.  At that time, the Court expressed concern that under the proposal as presented to the Court, there would be no custodian available to be home with Mr. Hamlett while his mother was at work during the day.

     Mr. Hamlett then proposed that a second custodian be added to any order of release.  The second custodian, Ms. Jackson, would be home with Mr. Hamlett during the early part of the day, while his mother would be home with him during the later part of the day.  Judge Martinez conducted a hearing on September 4, 2014, on the revised proposal for release.  The Court again denied the motion for relief, finding that the proposal was insufficient to reasonably assure the safety of the community and/or the appearance of the defendant.

     Mr. Hamlett is scheduled to appear before the District Court on September 9, 2014, for a status conference and to discuss scheduling.  Mr. Hamlett respectfully requests that the Court

-1-

reconsider at that time his detention in this matter.  Mr. Hamlett renews his request for release on a non-surety bond, co-signed by his mother and Geneva Jackson, both of whom will serve as co-custodians, with a condition of home confinement with electronic monitoring.

                                              Respectfully submitted,

                                              The Defendant,
                                              Daniel Hamlett, Jr.

                                              Office of the Federal Defender

Dated: September 5, 2015                 /s/ Sarah A. L. Merriam
                                              Sarah A. L. Merriam
                                              Assistant Federal Defender
                                              265 Church Street, Suite 702
                                              New Haven, CT   06510
                                              Bar No. ct25379
                                              Phone: 203-498-4200
                                              Fax: 203-498-4207
                                              Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on September 5, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/   Sarah A. L. Merriam
                                                  Sarah A. L. Merriam