UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,          :    Criminal No. 3:14CR00049(AWT)
                                                      :
v.                                                    :
                                                      :
DANIEL HAMLETT, JR.                :    November 20, 2014
                                                      :
------------------------------------------------------x

## MOTION TO MODIFY CONDITIONS OF RELEASE ON BOND ABSENT OBJECTION

The defendant, Daniel Hamlett, Jr., hereby moves to amend the conditions of his release on bond to permit him to attend Thanksgiving dinner with his family.

Mr. Hamlett was released on bond on October 10, 2014, pursuant to a set of conditions including home confinement. [Doc. # 60] Mr. Hamlett's maternal family plans to have Thanksgiving dinner together at his aunt's home in Hamden on Thursday, November 27, 2014. Mr. Hamlett would be accompanied by his mother at all times during this event. Mr. Hamlett and his mother would propose to leave the house at 2:00 p.m. and return at 8:30 p.m.

Counsel for the government, Assistant United States Attorney Douglas Morabito, does not object to this motion. United States Probation Officer Nicole Owens has been notified of this request and a copy of this motion has been provided to her by electronic mail.

                                    Respectfully submitted,

                                    The Defendant,
                                    Daniel Hamlett, Jr.

                                    Office of the Federal Defender

Dated: November 20, 2014         /s/ Sarah A. L. Merriam
                                    Sarah A. L. Merriam
                                    Assistant Federal Defender
                                    265 Church Street, Suite 702
                                    New Haven, CT   06510
                                    Bar No. ct25379
                                    Phone: 203-498-4200
                                    Fax: 203-498-4207
                                    Email: sarah_merriam@fd.org

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 20, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/   Sarah A. L. Merriam
                                         Sarah A. L. Merriam