UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :          Criminal No. 3:14CR00049(AWT)
:
v.                                 :
:
DANIEL HAMLETT, JR.                :          December 12, 2014
:
-------------------------------------------------------x

### MOTION TO MODIFY CONDITIONS OF RELEASE ON BOND

The defendant, Daniel Hamlett, Jr., hereby moves to amend the conditions of his release on bond to permit him to attend his daughter's birthday party.

Mr. Hamlett was released on bond on October 10, 2014, pursuant to a set of conditions including home confinement. [Doc. # 60] His conditions of release have been amended to permit him to attend classes and for certain family events.

Mr. Hamlett now requests that the Court modify the conditions of his release to permit him to attend his daughter's seventh birthday party on Saturday, December 20, 2014. Mr. Hamlett would be accompanied by his mother at all times during this event. Mr. Hamlett and his mother would propose to leave the house at 12:00 p.m. and return at 4:00 p.m. Additional information regarding the location of the party has been provided to the Probation Office.

Counsel for the government, Assistant United States Attorney Douglas Morabito, and United States Probation Officer Nicole Owens have been notified of this request and a copy of this motion has been provided to each of them by electronic mail.

                        Respectfully submitted,

                        The Defendant,
                        Daniel Hamlett, Jr.

                        Office of the Federal Defender

Dated: December 12, 2014         /s/ Sarah A. L. Merriam
                        Sarah A. L. Merriam
                        Assistant Federal Defender
                        265 Church Street, Suite 702
                        New Haven, CT   06510
                        Bar No. ct25379
                        Phone: 203-498-4200
                        Fax: 203-498-4207
                        Email: sarah_merriam@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 12, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/   Sarah A. L. Merriam
                        Sarah A. L. Merriam